**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**DANTE' D. LANDRY, #07508-046**

       **Petitioner,**

**v.**                                                                 **2:06CV151**

**VANESSA P. ADAMS, WARDEN,
  FEDERAL CORRECTIONAL COMPLEX
  MEDIUM, PETERSBURG,**

       **Respondent.**

### FINAL ORDER

      This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2241.  Petitioner alleges that his constitutional rights were violated when the Bureau of Prisons found him guilty of possession of a dangerous weapon, without the benefit of "due process and equal protection."  (Ans. in Opp. to Pet. at 1.)

      The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72, of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation.  The Magistrate Judge filed his report recommending dismissal of the petition on March 10, 2007.  By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge.  The Court has received no objections to the report and the time for filing same has expired.

      The Court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge filed March 19, 2007, and it is, therefore ORDERED that the petition be DENIED and

DISMISSED on the merits and that judgment be entered in respondent's favor.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of the Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within sixty days from the date of entry of such judgment. Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right." Therefore, the Court, pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure, declines to issue a certificate of appealability. See Miller-El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).

The Clerk shall mail a copy of this Final Order to petitioner and to counsel of record for respondent.

                                              _____/s/_____
                                                Walter D. Kelley Jr.
                                           **UNITED STATES DISTRICT JUDGE**

**Norfolk, Virginia**

**August 17, 2007**